**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

# MEMORANDUM

FILENAME - P:\CRD FORMS\MEMO TO DOCKET (Rev. 3/09)

---------------------------------------------------------------X

United States of America,
Government

-against-

Eddie Ruiz
Defendant(s)

---------------------------------------------------------------X

Judge : **Victoria Reznik, U.S.M.J**

Case Number: 26-cr-271 NSR

TO: **Honorable Nelson S. Román, United States District Judge**

On June 23, 2026 a Rule11 allocution was taken on consent of both parties before me pursuant to your to your Honor's reference. Please find attached hereto the transcript of the proceeding which sets forth my Report and Recommendation for your consideration. If I can be of any further assistance in this matter I would be pleased to do so.

Dated: 09/24/2026
White Plains, New York

Respectfully Submitted,

Victoria Reznik

Victoria Reznik, USMJ