USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 11/18/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

-against-

EDDIE RUIZ, JR.,

Defendant.

26-CV-271 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

Upon the request of Defendant Eddie Ruiz Jr, by his counsel Benjamin Gold of the Federal Defenders of New York, it is hereby ordered that Pretrial Services shall release Mr. Ruiz's passport to the Federal Defenders of New York so that Mr. Gold can facilitate the return of Mr. Ruiz's passport. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 41.

Dated: November 18, 2026
White Plains, New York

Nelson S. Román, U.S.D.J.